UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/09
```

UNITED STATES,

                Plaintiff,

-v-

TRUSTY CAPITAL, INC.,

                Defendant.

No. 06 Civ. 8170 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the May 15, 2009 pre-motion letter from the United States Small Business Administration ("SBA"), the court-appointed Receiver of Trusty Capital, Inc., regarding a dispute with SK New York LLC ("SKNY"). Accordingly, the Court hereby adopts the following schedule:

    By May 27, 2009, SKNY shall respond to the SBA's letter.

    On June 4, 2009 at 3:00 p.m., counsel for the parties and SKNY are directed to appear before the conference for a pre-motion conference.

SO ORDERED.

DATED:    May 22, 2009
                New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE